UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 20-8873-MWF(SKx)**                              Dated: **November 23, 2020**
             **CV 20-8884-MWF(SKx)**

Title:       Tiffany Herd -*v*- Smart and Final Stores LLC, et al.
             Sandra Prager Balsamo -*v*- Smart and Final Stores LLC, et al.

PRESENT:     HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

             Rita Sanchez                          Amy Diaz
             Courtroom Deputy                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:                  ATTORNEYS PRESENT FOR DEFENDANTS:

             Dennis J. Balsamo                     Haley S. Grunvald

**PROCEEDINGS:**      **TELEPHONIC MOTION TO REMAND [9] [12]**

The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

Initials of Deputy Clerk   rs
:13/:13 min