JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIFFANY HERD,** an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**SMART & FINAL STORES, LLC,** a California limited liability company; **MATTHEW DeWOLF,** an individual; and **DOES 1** through **10,** inclusive,<br><br>Defendants. | Case No: CV 20-8873-MWF (SKx)<br><br>**ORDER GRANTING STIPULATION UPON REMAND** |

Upon consideration of the parties' Stipulation Upon Remand, and for good cause shown, IT IS HEREBY ORDERED that this matter is remanded to the San Luis Obispo County Superior Court.

IT IS SO ORDERED.

Dated: December 2, 2020

MICHAEL W. FITZGERALD
United States District Judge